**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Joshua L. Ross**, OSB No. 034387
Email: jross@stollberne.com
STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**Bruce G. Vanyo** (*Pro Hac Vice*)
Email: bruce.vanyo@kattenlaw.com
**Christina L. Costley** (*Pro Hac Vice*)
Email: christina.costley@kattenlaw.com
**Yonaton M. Rosenzweig** (*Pro Hac Vice*)
Email: yoni.rosenzweig@kattenlaw.com
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310-788-4400
Facsimile: 310-788-4471

**Attorneys for Defendant Amdocs Management Limited and Amdocs, Inc.**

[Additional Counsel Appear on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VESTA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMDOCS MANAGEMENT LIMITED; AMDOCS, INC.,<br><br>Defendants. | Case No.: 3:14-cv-01142-HZ<br><br>MOTION TO EXPAND L.R. 26-3(b) PAGE LIMITATIONS (RE: DEFENDANTS' INTENDED MOTION TO COMPEL AND/OR FOR PROTECTIVE ORDER)<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

MOTION AND LOCAL RULE 7.1 CERTIFICATION

Pursuant to L.R. 26-3(b), Defendants move the Court for an Order expanding the 10-page/3,000 word limit on discovery motions and allowing Defendants to file a Motion to Compel and/or for a Protective Order of up to 25 pages or 7,500 words. Defendants make this request in anticipation of filing a Motion seeking an Order that will both compel Plaintiffs to disclose its trade secrets with more particularity; to specify the terms under which Defendants must respond to certain discovery propounded by Plaintiff; and in light of Plaintiff's failure to appropriately disclose its trade secrets. This request follows significant conferral among the parties regarding the substantive discovery dispute and is supported by Defendants' Argument, below. Plaintiff objects to Amdocs' request to expand the page limitations set forth in L.R. 26-3(b).

ARGUMENT

On May 15, 2015, the Court issued a Scheduling Order. ECF No. 62. That Order, among other things, required Plaintiff to answer Defendants' trade secrets interrogatories by June 5, 2015. The parties later agreed on certain extensions of time to respond to those interrogatories, *see* ECF No. 92 ¶2, and Plaintiff served consolidated and supplemental responses to Defendants' First Set of Interrogatories on July 17, 2015 and on August 24, 2015, including interrogatories relating to trade secrets. Plaintiff first verified its responses on August 28, 2015. Plaintiff served its First Request for Production (RFP) on May 19, 2015, which includes 85 separately numbered requests for documents and information. The parties agreed that Defendants' formal responses are due on September 15, 2015.

Following Plaintiff's service of the interrogatory responses, the parties conferred at length through letters, emails, and telephone conference regarding the sufficiency of Plaintiff's responses to the trade secret interrogatories and Defendant's related ability and obligation to respond to Plaintiff's RFP. As noted by an email sent by Plaintiff's counsel to the Court on September 8, 2015, the parties are at an impasse on these issues. Pursuant to the Scheduling Order, if the parties are not in agreement regarding the sufficiency of Plaintiff's disclosures in its



STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

interrogatory responses, "Amdocs shall file a motion to compel on regular notice." ECF No. 62 ¶ 2c.

The parties are not in agreement on that issue and Defendants intend to file a motion to compel and/or for a protective order relating to the issues briefly outlined above. Defendants respectfully request that the Court expand the L.R. 26-3(b) limitations for at least the following reasons:

First, Plaintiff's interrogatory responses are lengthy (67 pages total, including more than 25 pages relating to trade secrets, not including general objections and reservations of rights). L.R. 33-3(a) and L.R. 37-1 require Defendants' Motion to set forth the challenged interrogatory verbatim, responses and objections, along with legal argument. The ten-page limit imposed by L.R. 26-3(b) would almost entirely be consumed just by the obligation to restate the interrogatory, which will not allow an appropriate level of argument and analysis regarding these sophisticated and complex issues. Second, and similarly, as the Court is aware the issues involved in this action are highly technical and will require detailed, technical analysis and discussion. Third, the legal question regarding whether Plaintiff has identified its trade secrets with the requisite level of particularity is a question that has been addresses in over a dozen federal cases, and a question that will apply to each of the relevant interrogatory responses. Defendant asks for an appropriate opportunity to both explain the applicable law and to provide a detailed analysis of the ways in which Plaintiff's responses are insufficient.

For each of these reasons, Defendants respectfully request that the Court issue an Order expanding the 10-page/3,000 word limit on discovery motions set forth in L.R. 26-3(b) and allowing Defendants to file a Motion to Compel and/or for a Protective Order of up to 25 pages or 7,500 words.



STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

DATED this 9th day of September, 2015.

STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.

By: /s/Joshua L. Ross
**Robert A. Shlachter**, OSB No. 911718
**Joshua L. Ross**, OSB No. 034387

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: rshlachter@stollberne.com
jross@stollberne.com

-And-

**Bruce G. Vanyo** (*Pro Hac Vice*)
Email: bruce.vanyo@kattenlaw.com
**Christina L. Costley** (*Pro Hac Vice*)
Email: christina.costley@kattenlaw.com
**Yonaton M. Rosenzweig** (*Pro Hac Vice*)
Email: yoni.rosenzweig@kattenlaw.com
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310-788-4400
Facsimile: 310-788-4471

**Andrew G. Klevorn** (*Pro Hac Vice*)
Email: andrew.klevorn@kattenlaw.com
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 1-312-902-5454
Facsimile: 1-312-902-1061

**Attorneys for Defendant Amdocs Management Limited and Amdocs, Inc.**