**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Joshua L. Ross**, OSB No. 034387
Email: jross@stollberne.com
STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**Bruce G. Vanyo** (admitted *Pro Hac Vice*)
Email: bruce@kattenlaw.com
**Andrew G. Klevorn** (admitted *Pro Hac Vice*)
Email: andrew.klevorn@kattenlaw.com
**Christina L. Costley** (admitted *Pro Hac Vice*)
Email: christina.costley@kattenlaw.com
**Yonaton M. Rosenzweig** (admitted *Pro Hac Vice*)
Email: yoni.rosenzweig@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

**Attorneys for Defendants Amdocs Management Limited; Amdocs, Inc.,**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VESTA CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**AMDOCS MANAGEMENT LIMITED; AMDOCS, INC.,**<br><br>Defendants. | Case No.: 3:14-cv-01142-HZ<br><br>**DECLARATION OF YONATON M. ROSENZWEIG IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER AND TO COMPEL PLAINTIFF TO FURTHER IDENTIFY ITS TRADE SECRETS** |

**DECLARATION OF YONATON M. ROSENZWEIG**

I, Yonaton M. Rosenzweig, hereby declare as follows:

1. I am a partner at the law firm Katten Muchin Rosenman LLP, counsel for defendants Amdocs Management Limited and Amdocs, Inc. (collectively, "Amdocs" or "Defendants"). I know the following to be true based upon my own personal knowledge and if called as a witness I could, and would, testify competently to the matters herein.

2. Pursuant to the Court's scheduling order in this matter, Vesta's responses to Amdocs's trade secret identification interrogatories were originally due June 5, 2015. Vesta requested several extensions of its original due date and ultimately served an unverified response on July 17, 2015.

3. Amdocs sent a meet and confer letter dated July 24, 2015 contesting the sufficiency of the responses. Amdocs's first meet and confer letter regarding Vesta's trade secret identification is attached hereto as **Exhibit A**.

4. On July 31, 2015, I participated in a telephone conference pursuant to Local Rule 7-1(a) with counsel for Vesta requesting verification, supplementation, and the withdrawal of improper objections. That conference was summarized and confirmed in writing by me on August 3, 2015 to which Vesta's counsel responded, largely confirming the same event. Attached hereto as **Exhibit B** is a true and correct copy of an email from Mr. Erick Haynie to myself confirming the call of July 31, 2015.

5. As provided in the July 31, 2015 teleconference, Vesta provided supplemental responses and some document production on or around August 24, 2015. And on August 28, 2015, Vesta first verified its interrogatory responses. Attached hereto as **Exhibit C** is a true and correct final verified copy of Vesta's Responses to Amdocs's Interrogatories Nos. 1-35 dated August 24, 2015.

6. Amdocs sent a subsequent meet and confer letter dated August 28, 2015 regarding Vesta's supplementation of its trade secret interrogatories and other matters. Attached hereto as **Exhibit D** is a true and correct copy of the second meet and confer letter.

7. On or around August 31, 2015, I participated in another teleconference with Vesta requesting verification, supplementation, and withdrawal of improper objections. During this call, Vesta took the position that its disclosures were adequate and requested to know if Amdocs had taken a firm position that the disclosure was inadequate.

8. Subsequent to the August 31, 2015 teleconference, Amdocs sent another meet and confer email on September 4, 2015 further requesting supplementation and requesting Vesta's authority for its position that its disclosures were adequate. Attached hereto as **Exhibit E** is a true and correct copy of Amdocs's third written meet and confer correspondence.

9. On September 7, 2015, Vesta emailed the Court and requested court resolution of the dispute.

10. Attached hereto as **Exhibit F** is a true and correct copy of the document Bates numbered AML00000005-00000008 produced by Amdocs on September 18, 2015.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 21, 2015 in Los Angeles, California.

/s/ Yonaton M. Rosenzweig
YONATON M. ROSENZWEIG