**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Joanna T. Perini-Abbott**, OSB No. 141394
JPeriniAbbott@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000

**Karen B. Bloom** (*Admitted Pro Hac Vice)*
KBloom@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206-359-8000
Attorneys for Plaintiff

Attorneys for Plaintiff Vesta Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

VESTA CORPORATION,

Plaintiff,

v.

AMDOCS MANAGEMENT LIMITED; AMDOCS, INC.,

Defendants.

No. 3:14-cv-01142-HZ

**VESTA'S REPLY IN SUPPORT OF ITS MOTION FOR EXTENSION OF TIME TO RESPOND TO AMDOCS'S MOTION TO STAY**

Amdocs's suggestion that it be excused from discovery pending a decision on its Motion for a Stay or for a Protective Order is in direct conflict with this court's explicit ruling that there is no stay currently in effect. *See* Sept. 15, 2016 Hearing Tr. 25:4-5 ("And there is no stay at this juncture."); *id.* at 25:5-7 ("I have previously ordered that documents be produced. And I'm



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

telling you now, get those documents produced immediately."); *id.* at 34:23-25 ("So the collection is going to take place. If at such a point I say that the matter is stayed, then at that point you'll be able to stop."). Amdocs must comply with its discovery obligations unless and until this Court grants a stay.

Moreover, Amdocs's assertions regarding its compliance with the Court's order to proceed with Sprint and T-Mobile discovery do not comport with the facts. Amdocs produced only 5 emails and 6 attachments related to Sprint communications, an unbelievably small number of documents compared with the significance of the Sprint issues. Additionally, the contracts with Sprint that Amdocs claims to have produced appear to be incomplete. And while Amdocs has agreed to confer with Vesta regarding additional document custodians, Amdocs has not begun any actual document production for any new custodian, nor has it stated when it will complete its production for Sprint and T-Mobile. In other words, Amdocs has prematurely helped itself to the relief it seeks with its stay motion by unilaterally staying discovery on Sprint and T-Mobile while the court considers the underlying motion.

Finally, a one-week extension of time to fully brief Amdocs's request for a stay is warranted here. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010) (extensions should "normally…be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party"). Amdocs's assertion that it will be irreparably harmed or prejudiced by a one-week extension is undercut by its own delay in moving for a stay. Amdocs may have filed its Motion to Stay two weeks after the Court denied its motion for reconsideration, but Amdocs's obligation to commence discovery was triggered months earlier by the Court's June 16, 2016 Order denying Amdocs's motion to dismiss, a point that Amdocs's response brief failed to contest. Amdocs will not be prejudiced by a one-week extension now.



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Dated: September 27, 2016

*s/ Karen B. Bloom*

**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Joanna T. Perini-Abbott**, OSB No. 141394
JPeriniAbbott@perkinscoie.com
**Perkins Coie LLP**
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000

**Karen B. Bloom** (*Admitted Pro Hac Vice)*
KBloom@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206-359-8000

Attorneys for Plaintiff