**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Joanna T. Perini-Abbott**, OSB No. 141394
JPeriniAbbott@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff Vesta Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VESTA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMDOCS MANAGEMENT LIMITED; AMDOCS, INC.,<br><br>Defendants. | No. 3:14-cv-01142-HZ<br><br>**DECLARATION OF JOANNA T. PERINI-ABBOTT IN SUPPORT OF PERKINS COIE'S NOTICE OF INADVERTENT NON-COMPLIANCE WITH STIPULATED PROTECTIVE ORDER; AND**<br><br>**PLAINTIFF VESTA CORPORATION'S MOTION TO MODIFY STIPULATED PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT** |

I, Joanna T. Perini-Abbott, declare as follows:

1. I am an attorney with the law firm of Perkins Coie LLP, counsel for Plaintiff Vesta Corporation ("Vesta") in this matter against Amdocs Management Limited and Amdocs, Inc. ("Amdocs"). I make this declaration based on personal knowledge.

2. At my direction and under my supervision, an associate attorney at Perkins Coie searched for all cases from the District Court for the District of Oregon involving a trade secret



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

misappropriation claim which had at least one order filed on Westlaw in the last three years. A Perkins Coie librarian then reviewed the dockets for each of these cases to identify the Protective Orders. These protective orders are attached to this declaration as exhibits, as set forth below.

3. Attached hereto as Exhibit 1 is a true and correct copy of the protective order entered on May 21, 2013 as document number 26 in *Glas-Weld Systems, Inc. v. Boyle*, No. 6:12-CV-02273-AA (D. Or.).

4. Attached hereto as Exhibit 2 is a true and correct copy of the protective order entered on May 15, 2014 as document number 122 in *Idylwilde, Inc. v. Umpqua Feather Merchants, LLC*, No. 3:13-CV-02009-HZ (D. Or.).

5. Attached hereto as Exhibit 3 is a true and correct copy of the protective order entered on November 12, 2013 as document number 62 in *K.F. Jacobsen & Co. v. Gaylor*, No. 3:12-CV-2062-AC (D. Or.).

6. Attached hereto as Exhibit 4 is a true and correct copy of the protective order entered on March 24, 2015 as document number 43 in *Nike, Inc. v. Enter Play Sports, Inc.*, No. 3:14-CV-1104-SI (D. Or.).

7. Attached hereto as Exhibit 5 is a true and correct copy of the protective order entered on July 21, 2016 as document number 85 in *Omnigen Research, LLC et al. v. Yongqiang Wang et al.*, No. 6:16-CV-00268-MC (D. Or.).

8. Attached hereto as Exhibit 6 is a true and correct copy of the protective order entered on April 23, 2013 as document number 59 in *Reser's Fine Foods, Inc. v. Bob Evans Farms, Inc. et al.*, No. 3:13-CV-00098-AA (D. Or.).

9. Attached hereto as Exhibit 7 is a true and correct copy of the protective order entered on October 2, 2013 as document number 40 in *Technical Security Integration, Inc. v. S & S Electrical Contractors, LLC et al.*, No. 3:13-CV-00636-MO (D. Or.).



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

10. Attached hereto as Exhibit 8 is a true and correct copy of the protective order entered on January 20, 2016 as document number 44 in *The Good Drop LLC v. Hayes, et al.*, No. 6:15-CV-00268-AA (D. Or.).

11. Attached hereto as Exhibit 9 is a true and correct copy of the protective order entered on January 31, 2014 as document number 20 in *Yeti Enterprises Inc. v. NPK, LLC, et al.*, No. 3:13-CV-01203-ST (D. Or.).

12. Attached hereto as Exhibit 10 is a true and correct copy of this court's Model 2-Tier Protective Order, downloaded from https://www.ord.uscourts.gov/phocadownload/userupload/civil_forms/protective_orders/Version Tier 2 Protective Order March 1 2013.pdf.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED: November __, 2016

*s/Joanna T. Perini-Abbott*
Joanna T. Perini-Abbott



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222