**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Joanna T. Perini-Abbott**, OSB No. 141394
JPeriniAbbott@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000

Attorneys for Plaintiff Vesta Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VESTA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMDOCS MANAGEMENT LIMITED; AMDOCS, INC.,<br><br>Defendants. | No. 3:14-cv-01142-HZ<br><br>**DECLARATION OF STEPHANE CHATRE** |

I, Stephane Chatre, declare as follows:

1. I am the owner and sole employee of Stenium, LLC based in Portland, Oregon ("Stenium"). A copy of my curriculum vitae is attached as Exhibit 1. As of August 1, 2016, Perkins Coie retained my company to serve as a consultant in the referenced case. I am competent to testify in the matters set forth in this declaration.

2. On the same day that Stenium was retained as a consultant in this case (August 1, 2016), I reviewed the Stipulated Protective Order. I agreed to be bound by the Stipulated

Protective Order, signed Exhibit A to the Stipulated Protective Order, and returned my signed Exhibit A to Perkins Coie. Attached hereto as Exhibit 2 is a true and correct copy of my signed Exhibit A to the Stipulated Protective Order. In connection with Stenium's role as a technical consultant, I subsequently received Amdocs's Confidential and Confidential - Attorneys' Eyes Only information from Perkins Coie.

3. On Thursday afternoon, November 17, 2016, Perkins Coie notified me to stop work on the case and to put away all my case materials. I agreed to do so and, since that phone call, I have not reviewed any of the materials I was given for this case.

4. I have reviewed and used the Amdocs Confidential and Confidential - Attorneys' Eyes Only information in this case only for the purpose of providing consulting services to Perkins Coie. At no point in time have I discussed or disclosed Amdocs's Confidential and Confidential Attorneys' Eyes Only information with any employees of Vesta or with any third-party.

5. On Monday, November 21, 2016, I met a Perkins Coie lawyer and Andy Craine from Discovia at my office. I showed them how and where Stenium kept all files related to this case. Together, we worked to transfer all electronic copies of Stenium's case files to a removable hard drive and then permanently deleted them from Stenium's computer and files. I also returned the two thumb-drives Perkins Coie had provided me that contained documents and all hard copies of the documents I had on the case (about two binders, several manila folders, and a notebook). I no longer have any materials related to this case.

6. From 2005 to 2010, I was employed by Vesta as an Engineering Manager and Software Engineer. I have never been an employee of Amdocs. Also, as an employee of Vesta, I do not recall ever directly collaborating with anyone from Amdocs. I have not provided any consulting services to Vesta since 2013.



SC



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

7. Neither I nor my firm, Stenium, competes directly with Amdocs. In August 2016, when Perkins Coie retained me for this case, I had no intention of becoming employed by Vesta or any competitor of Vesta or Amdocs. That remains true today. I also have no intention to, and will not, provide any further consulting services directly or indirectly for Vesta unless and until I receive confirmation that it is allowed by the court.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED: November ~~22~~ 23 SC, 2016

[signature]

Stephane Chatre



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222