**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Joanna T. Perini-Abbott**, OSB No. 141394
JPeriniAbbott@perkinscoie.com
**Meredith M. Price**, OSB No. 134627
MPrice@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff Vesta Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| VESTA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMDOCS MANAGEMENT LIMITED; AMDOCS, INC.,<br><br>Defendants. | No. 3:14-cv-01142-HZ<br><br>**DECLARATION OF DOUGLAS FIELDHOUSE IN SUPPORT OF PERKINS COIE'S NOTICE OF INADVERTENT NON-COMPLIANCE WITH STIPULATED PROTECTIVE ORDER; AND PLAINTIFF VESTA CORPORATION'S MOTION TO MODIFY STIPULATED PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT** |

I, Douglas Fieldhouse, declare as follows:

1. I am the President and CEO of Vesta Corporation ("Vesta"). I have served as President and CEO of Vesta since I was appointed to those positions in May 1997. I am competent to testify in the matters set forth in this declaration.



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

2. I understand that Perkins Coie LLP engaged Stenium, LLC ("Stenium") as a consultant on in this case. I understand that Stenium is owned by Stephane Chatre. Mr. Chatre is a former employee of Vesta. Mr. Chatre's employment with Vesta concluded in 2010.

3. Vesta has no intention to reemploy Mr. Chatre and has never had such an intention at any point during the pendency of this case. Vesta also has no intention to engage Stenium or Mr. Chatre as a consultant. Vesta agrees that it will never hire or engage Stenium or Mr. Chatre as an employee or as a consultant except as may be allowed by an order of the court.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED this 23rd day of November, 2016.

Douglas Fieldhouse



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222