**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Joanna T. Perini-Abbott**, OSB No. 141394
JPeriniAbbott@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000

Attorneys for Plaintiff Vesta Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

VESTA CORPORATION,

Plaintiff,

v.

AMDOCS MANAGEMENT LIMITED; AMDOCS, INC.,

Defendants.

No. 3:14-cv-01142-HZ

**DECLARATION OF ANDY CRAIN IN SUPPORT OF PERKINS COIE'S NOTICE OF INADVERTENT NON-COMPLIANCE WITH STIPULATED PROTECTIVE ORDER; AND PLAINTIFF VESTA CORPORATION'S MOTION TO MODIFY STIPULATED PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT**

I, Andy Crain, declare as follows:

1. I am a Vice President of Forensics and Collections and Discovia, an e-discovery firm that has worked with Perkins Coie on this case. I am competent to testify in the matters set forth in this declaration.

2. I have worked as the Vice President of Forensics and Collections at Discovia since 2011. I have worked in the computer forensics business since 2001.

3. On Monday, November 21, 2016, I met a Perkins Coie lawyer at the office of Stephane Chatre for the purpose of collecting all Mr. Chatre's files he had for this case. Mr. Chatre showed us how and where he kept all files he had related to this case. Together, we worked to transfer all electronic copies of his case files to a removable hard drive and then delete them from his computer storage devices (including ensuring the Recycle Bin was also emptied and that no backups of the information remained in Mr. Chatre's possession). He also gave us all hard copies of the documents he had on the case (two binders, several manila folders, and a notebook).

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED: November 22, 2016

Andy Crain



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222