UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VESTA CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**AMDOCS MANAGEMENT LIMITED; AMDOCS, INC.,**<br><br>Defendants. | Case No.: 3:14-cv-01142-HZ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RELATING TO PLAINTIFF'S NOTICE OF INADVERTENT NON-COMPLIANCE WITH STIPULATED PROTECTIVE ORDER; AND MOTION TO MODIFY STIPULATED PROTECTIVE ORDER** |

# STIPULATION

Plaintiff Vesta Corporation ("Plaintiff") and defendants Amdocs Management Limited and Amdocs, Inc. ("Defendants," together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 15, 2015, the Court entered the Stipulated Protective Order (Dkt. No. 91);

WHEREAS, on November 23, 2016, Plaintiff filed a Notice of Inadvertent Non-Compliance with Stipulated Protective Order and Motion to Modify Stipulated Protective Order ("Notice and Motion") (Dkt. No. 337) and a Declaration of Stephane Chatre in support of the Notice and Motion ("Chatre Declaration") (Dkt. No. 340), which included Mr. Chatre's subscription to abide by the terms of the Protective Order (Dkt. No. 340-2);

WHEREAS, on December 9, 2016 and December 12, 2016, the Parties conferred regarding Defendants' anticipated motion for relief; and

WHEREAS, in an effort to avoid further motion practice relating to Plaintiff's Notice and Motion to Modify the Stipulated Protective Order or a motion by Amdocs, the Parties have reached a resolution.

NOW, THEREFORE, the Parties hereby stipulate as follows:

1. Plaintiff withdraws the pending "Motion to Modify the Stipulated Protective Order;"

2. Stephane Chatre will not be an expert witness or expert consultant in this matter. Plaintiff, its agents, and its counsel shall not receive further technical expert consulting from Mr. Chatre in this matter;

3. Plaintiff shall not employ Mr. Chatre or retain him as a consultant or independent contractor. Plaintiff shall not, at any time, communicate with Mr. Chatre about this litigation, substantive issues in this litigation, or the substance of any of Defendants' documents that Mr. Chatre reviewed in connection with this matter;

4. Mr. Chatre agrees that the statements made in the Chatre Declaration and his subscription to the Protective Order continue to be correct and are binding upon him via this Stipulation and order.

5. Within three business days of this Stipulation, Plaintiff's counsel will provide Defendants (i) a list, by bates numbers, of the documents it provided to Mr. Chatre that Defendants designated "CONFIDENTIAL – ATTORNEYS EYES ONLY" under the Stipulated Protective Order, and (ii) a log of communications between Mr. Chatre and Plaintiff Vesta from the time of his engagement in this action; and

6. Defendants agree not to seek additional relief, remedy, or sanction against Plaintiff, Plaintiff's counsel, or Mr. Chatre based on Mr. Chatre's access to Defendants' documents produced in this litigation and the facts disclosed in the "Notice of Inadvertent Non-Compliance." However, Defendants reserve all rights to file a motion or seek other relief should they become aware that Mr. Chatre has violated this order or disclosed to anyone other than to Plaintiff's counsel, at any time, information from any of Defendants' documents produced in this litigation, including information designated "CONFIDENTIAL – ATTORNEYS EYES ONLY" under the Stipulated Protective Order.

Pursuant to Local Rule 11-1(d)(2), the Parties consent to affixing their electronic signatures on this Stipulation.

PERKINS COIE LLP

By: */s Stephen F. English*

STEPHEN F. ENGLISH
ERICK J. HAYNIE
JULIA E. MARKLEY
JOANNA T. PERINI-ABBOTT
1120 N.W. Couch Street, 10th Floor
Portland , OR 97209-4128
Los Angeles, CA 90067-3012
Telephone: (503) 727-2000
Facsimile: (310) 788-4471
SEnglish@perksincoie.com
EHaynie@perkinscoie.com

JMarkley@perkinscoie.com
JPeriniabbott@perkinscoie.com

*Attorneys for Plaintiff*

STEPHANE CHATRE

______________________________

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

ROBERT A. SHLACHTER, OSB No. 911718
JOSHUA L. ROSS, OSB No. 034387
209 S.W. Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
rshlachter@stollberne.com
jross@stollberne.com

KATTEN MUCHIN ROSENMAN LLP

By: */s Yonaton Rosenzweig*
BRUCE G. VANYO (*Pro Hac Vice*)
RICHARD H. ZELICHOV (*Pro Hac Vice*)
CHRISTINA L. COSTLEY (*Pro Hac Vice*)
YONATON ROSENZWEIG (*Pro Hac Vice*)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
yoni.rosenzweig@kattenlaw.com

*Attorneys for Defendants*

**SO ORDERED**

______________________________

MARCO A. HERNANDEZ
U.S. DISTRICT JUDGE

JMarkley@perkinscoie.com
JPeriniabbott@perkinscoie.com

*Attorneys for Plaintiff*

STEPHANE CHATRE

JANUARY 3rd, 2017 [signature]

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

ROBERT A. SHLACHTER, OSB No. 911718
JOSHUA L. ROSS, OSB No. 034387
209 S.W. Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
rshlachter@stollberne.com
jross@stollberne.com

KATTEN MUCHIN ROSENMAN LLP

By: ______________________
BRUCE G. VANYO (*Pro Hac Vice*)
RICHARD H. ZELICHOV (*Pro Hac Vice*)
CHRISTINA L. COSTLEY (*Pro Hac Vice*)
YONATON ROSENZWEIG (*Pro Hac Vice*)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
yoni.rosenzweig@kattenlaw.com

*Attorneys for Defendants*

**SO ORDERED**

______________________________
MARCO A. HERNANDEZ
U.S. DISTRICT JUDGE