**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Joshua L. Ross**, OSB No. 034387
Email: jross@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**Bruce G. Vanyo** (admitted *Pro Hac Vice*)
Email: bruce@kattenlaw.com
**Andrew G. Klevorn** (admitted Pro Hac Vice)
Email: andrew.klevorn@kattenlaw.com
**Richard H. Zelichov** (admitted *Pro Hac Vice*)
Email: richard.zelichov@kattenlaw.com
**Christina L. Costley** (admitted *Pro Hac Vice*)
Email: christina.costley@kattenlaw.com
**Yonaton M. Rosenzweig** (admitted Pro Hac Vice)
Email: yoni.rosenzweig@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

**Attorneys for Defendants Amdocs Management Limited; Amdocs, Inc.**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VESTA CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**AMDOCS MANAGEMENT LIMITED; AMDOCS, INC.,**<br><br>Defendants. | Case No.: 3:14-cv-01142-HZ<br><br>**DECLARATION OF RICHARD ZELICHOV IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |

**DECLARATION OF RICHARD ZELICHOV**

I, Richard Zelichov, hereby declare as follows:

1. I am a partner of the law firm Katten Muchin Rosenman LLP, counsel for defendants Amdocs Management Limited and Amdocs, Inc. (collectively, "Amdocs"). I know the following to be true based on my own personal knowledge, and, if called as a witness, I could, and would, testify competently to the matters herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff Vesta Corporation's Notice of Rule 30(b)(6) Videotaped Deposition of Defendants Regarding Customer Targeting, served on February 6, 2018.

3. Attached hereto as **Exhibit B** is a true and correct copy Plaintiff's Sixth Set of Requests for Production of Documents to Defendants (Nos. 113-121), also served on February 6, 2018.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of Plaintiff's Notice of Rule 30(b)(6) Videotaped Deposition of Defendant Amdocs, Inc., served on September 12, 2016.

5. Attached here to as **Exhibit D** is a true and correct copy of excerpts of Plaintiff's First Requests for Production of Documents and Things (Nos. 1-85), served on May 19, 2015.

6. On September 28, 2016, Plaintiff conducted the Rule 30(b)(6) deposition of Rami Schwartz, who was President of Amdocs's Product Business Group. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from Mr. Schwartz's Rule 30(b)(6) deposition. **[FILED UNDER SEAL]**

7. On April 27, 2017, Plaintiff conducted the Rule 30(b)(6) deposition of Martin Mintz. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from Mr. Mintz's Rule 30(b)(6) deposition. **[FILED UNDER SEAL]**

8. On May 11 and 12, 2017, Plaintiff conducted Rule 30(b)(1) and 30(b)(6) depositions of Manuel Zepeda. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from Mr. Zepeda's May 12, 2017 Rule 30(b)(6) deposition. **[FILED UNDER SEAL]**

9. On May 23, 2017, Plaintiff conducted the Rule 30(b)(6) deposition of Howard Connors. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from Mr. Connor's Rule 30(b)(6) deposition. **[FILED UNDER SEAL]**

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts of Plaintiff Vesta Corporation's First Set of Interrogatories to Defendants Amdocs Management Limited and Amdocs, Inc. (Nos. 1-5), served on September 3, 2015.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 27, 2018 in Los Angeles, California.

*/s Richard Zelichov*

RICHARD ZELICHOV