

**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Joshua L. Ross**, OSB No. 034387
Email: jross@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, OR 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840

**Bruce G. Vanyo** (admitted *Pro Hac Vice*)
Email: bruce@kattenlaw.com
**Andrew G. Klevorn** (admitted *Pro Hac Vice)*
Email: andrew.klevorn@kattenlaw.com
**Richard H. Zelichov** (admitted *Pro Hac Vice*)
Email: richard.zelichov@kattenlaw.com
**Christina L. Costley** (admitted *Pro Hac Vice*)
Email: christina.costley@kattenlaw.com
**Yonaton M. Rosenzweig** (admitted *Pro Hac Vice*)
Email: yoni.rosenzweig@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:    (310) 788-4400
Facsimile:    (310) 788-4471

Counsel for Defendants Amdocs Management Limited; Amdocs, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VESTA CORPORATION,** <br><br>    Plaintiff, <br><br> v. <br><br> **AMDOCS MANAGEMENT LIMITED; AMDOCS, INC.,** <br><br>    Defendants. | Case No.: 3:14-cv-01142-HZ <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Case 3:14-cv-01142-HZ   Document 725   Filed 11/13/18   Page 2 of 2

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Vesta Corporation and Defendants Amdocs Management Limited and Amdocs, Inc., by and through their respective counsel below, hereby stipulate to the dismissal with prejudice of all claims presently existing or previously asserted in the above-captioned action. Each of the parties shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

RESPECTFULLY SUBMITTED this 13th day of November 2018.

| PERKINS COIE LLP | STOLL STOLL BERNE LOKTING & SHLACHTER, P.C. |
|---|---|
| *[signature]* | *[signature]* |
| Stephen F. English, OSB No. 730843<br>SEnglish@perkinscoie.com<br>Erick J. Haynie, OSB No. 982482<br>EHaynie@perkinscoie.com<br>Julia E. Markley, OSB No. 000791<br>JMarkley@perkinscoie.com<br>1120 N.W. Couch Street, 10th Floor<br>Portland, OR 97209-4128<br>Telephone: 503.727.2000<br>Facsimile: 503.727.2222<br><br>Attorneys for Plaintiff | Robert A. Shlachter, OSB No. 911718<br>rschlachter@stollberne.com<br>Joshua L. Ross, OSB No. 034387<br>jross@stollberne.com<br>STOLL STOLL BERNE LOKTING &<br>SHLACHTER, P.C.<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br><br>**Bruce G. Vanyo** (admitted *pro hac vice*)<br>bruce@kattenlaw.com<br>**Andrew G. Klevorn** (admitted *pro hac vice*)<br>Email: andrew.klevorn@kattenlaw.com<br>**Richard H. Zelichov**, (admitted *pro hac vice*)<br>richard.zelichov@kattenlaw.com<br>**Christina L. Costley** (admitted *pro hac vice*)<br>Christina.costley@kattenlaw.com<br>**Yonaton M. Rosenzweig** (admitted *pro hac vice*)<br>Yoni.rosenzweig@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br><br>Attorneys for Defendants |

1
JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE